**FILED**

APR 2 2 2008

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Criminal Case No. 08CR1247-LAB |
| Plaintiff, | **I N F O R M A T I O N** |
| v. | Title 8, U.S.C., Sec. 1325 - Illegal Entry (Misdemeanor); |
| JUVENTINO ROBLES-RIVERA, | Title 8, U.S.C., Sec. 1325 - Illegal Entry (Felony) |
| Defendant. | |

The United States Attorney charges:

<u>Count 1</u>

On or about 4/14/08, within the Southern District of California, defendant JUVENTINO ROBLES-RIVERA, being an alien, unlawfully entered or attempted to enter the United States at a time and place other than as designated by immigration officers, and eluded examination and inspection by immigration officers, and attempted to enter or obtained entry to the United States by a willfully false or misleading representation or the willful concealment of a material fact; in violation of Title 8, United States Code, Section 1325, a misdemeanor.

//

//

//

CJB:es:San Diego
4/7/08

Count 2

On or about March 19, 2008, within the Southern District of California, defendant JUVENTINO ROBLES-RIVERA, being an alien, unlawfully entered or attempted to enter the United States at a time and place other than as designated by immigration officers, and eluded examination and inspection by immigration officers, and attempted to enter or obtained entry to the United States by a willfully false or misleading representation or the willful concealment of a material fact and previously committed the offense of illegal entry, as alleged in Count 1; all in violation of Title 8, United States Code, Section 1325, a felony.

DATED: 4/22/08.

KAREN P. HEWITT
United States Attorney

CARLA J. BRESSLER
Assistant U.S. Attorney